UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL COOPER,

    Petitioner,

v.

RAYBON JOHNSON, Warden

    Respondent.

Case No. 20-cv-01593-JST

**ORDER OF DISMISSAL**

Petitioner, a state prisoner incarcerated at Lancaster State Prison,[1] filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 14, 2020, the Court ordered Petitioner to show cause, by November 13, 2020, why the petition should not be dismissed for failure to state a cognizable claim for federal habeas relief.  ECF No. 7.  The deadline to answer the Order to Show Cause has passed, and Petitioner has not filed an answer or otherwise communicated with the Court.  The Court therefore DISMISSES this action without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  *See Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).  Any request to reopen this case must be accompanied by an answer to the Court's September 14, 2020 Order to Show Cause.

**IT IS SO ORDERED.**

Dated:  November 30, 2020

                                            JON S. TIGAR
                                     United States District Judge

---

[1] Petitioner failed to name a respondent in this action.  In accordance with Rule 2(a) of the Rules Governing Habeas Corpus Cases Under Section 2254, the Clerk of the Court is directed to list Warden Raybon Johnson, the current warden of Lancaster State Prison, as respondent because Warden Johnson is Petitioner's current custodian.